**WRIGHT, FINLAY & ZAK, LLP**
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA3,<br><br>Plaintiff<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants | Case No.:   2:19-cv-01566-CDS-BNW<br><br>**ORDER APPROVING**<br>**JOINT STATUS REPORT** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3 and Defendants Fidelity National Title Group, Inc. and Chicago Title Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this status report pursuant to the Court's Order, filed on February 7, 2023 [ECF No. 17], requiring a joint report on or by August 7, 2023, addressing the status of the Nevada Supreme Court appeals in *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nev. Sup. Ct. Case

No. 83737 ("*PennyMac*") and *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161 ("*Deutsche Bank*").

The Nevada Supreme Court heard oral argument in both *PennyMac* and *Deutsche Bank* on April 11, 2023.  Decisions remain pending in both.  The Parties have conferred and believe an additional stay of ninety (90) days is warranted in light of the apparently imminent decisions from the Nevada Supreme Court.  The Parties request that the action continued to be stayed, through and including, November 6, 2023.  The Parties will submit a Joint Status Report by November 6, 2023.

DATED this 7th day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3*

DATED this 7th day of August, 2023.

SINCLAIR BRAUN LLP

/s/ Kevin S. Sinclair
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants Fidelity National Title Group, Inc. and Chicago Title Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2023